IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF MARY J. WOBSCHALL,
BY SPECIAL ADMINISTRATOR,
RONALD I. WOBSCHALL,

    Plaintiff,

    v.                                   Case No. 19-CV-1796

DAVE ROSS, et al.,

    Defendants.

## MOTION TO DISMISS AMENDED COMPLAINT

TAKE NOTICE that the defendants, by their attorneys, Wisconsin Attorney General Joshua L. Kaul, Assistant Attorney General Rachel L. Bachhuber, and Assistant Attorney General Jeffery Simcox, hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing the plaintiff's claims. The grounds for this motion are set forth in the accompanying brief.

Dated this 23rd day of January, 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Rachel L. Bachhuber
RACHEL L. BACHHUBER
Assistant Attorney General
State Bar #1052533

JEFFERY A. SIMCOX
Assistant Attorney General
State Bar #1116949

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (Bachhuber)
(608) 266-3861 (Simcox)
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
simcoxja@doj.state.wi.us